**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RONALD J. KENT,              :   No. 41 MM 2016

           Petitioner       :

             v.                :

COMMONWEALTH OF PENNSYLVANIA,   :

           Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2016, the Petition for Writ of Mandamus is **DENIED**.